## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORGAN DREXEN, INC. and KIMBERLY A. PISINSKI, *Plaintiffs*, v. CONSUMER FINANCIAL PROTECTION BUREAU, *Defendant*. | Civil Action No. 13-01112 (CKK)<br><br>NOTICE OF WITHDRAWAL OF THE MOTION FOR PRELIMINARY INJUNCTION |

     In accordance with the discussion and the Court's instructions during the July 24, 2013 and July 25, 2013 teleconferences, Plaintiffs Kimberly A. Pisinski ("Pisinski") and Morgan Drexen, Inc. ("Morgan Drexen") (together, "Plaintiffs") hereby withdraw their Motion for Preliminary Injunction [Docket No. 3] and substitute in its place Plaintiffs' Motion for Summary Judgment, which is being filed today in accordance with the Court's expedited briefing schedule.

Dated: August 7, 2013

Respectfully submitted,

VENABLE LLP

_____/s/_____
Randall K. Miller
D.C. Bar No. 460682
Nicholas M. DePalma
D.C. Bar No. 974664
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
rkmiller@venable.com
nmdepalma@venable.com

*Randal M. Shaheen
D.C. Bar No. 409292
575 7th Street, N.W.
Washington, D.C. 20004
202.344.4488
202.344.4323
rmshaheen@venable.com
*subject to admission

*Attorneys for Plaintiffs Morgan Drexen, Inc. and Kimberly A. Pisinski*