**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MORGAN DREXEN, INC. and KIMBERLY A. PISINSKI,** *Plaintiffs*, v. **CONSUMER FINANCIAL PROTECTION BUREAU,** *Defendant*. | Civil Action No. 13-01112 (CKK) **MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ENJOINING CFPB FROM PROSECUTING ITS SECOND-FILED ACTION** |

Plaintiffs Kimberly A. Pisinski ("Pisinski") and Morgan Drexen, Inc. ("Morgan Drexen") (together, "Plaintiffs"), by and through undersigned counsel, hereby request that the Court issue a temporary restraining order and preliminary injunction to enjoin Defendant Consumer Financial Protection Bureau ("CFPB") from prosecuting its second-filed action in the U.S. District Court for the Central District of California. A memorandum of points and authorities and proposed Order are attached.

**Meet and confer certification**. Undersigned counsel, Randall K. Miller, hereby certifies that on August 22, 2013, he met and conferred by phone with the following lawyers representing CFPB about this motion, and the parties were unable to reach a voluntary resolution:

> Kristin Bateman
> Shirley Chiu
> John Coleman
> Nandan Joshi
> Gabriel O'Malley
> Cara Peterson

Dated:  August 22, 2013

Respectfully submitted,

VENABLE LLP

_____/s/_____

Randall K. Miller
D.C. Bar No.  460682
Nicholas M. DePalma
D.C. Bar No. 974664
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
rkmiller@venable.com
nmdepalma@venable.com

*Randal M. Shaheen
D.C. Bar No. 409292
575 7th Street, N.W.
Washington, D.C. 20004
202.344.4488
202.344.4323
rmshaheen@venable.com
*subject to admission

*Attorneys for Plaintiffs Morgan Drexen, Inc. and Kimberly A. Pisinski*

7035882