**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MORGAN DREXEN, INC.** and **KIMBERLY A. PISINSKI,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>*Defendant*. | Civil Action No. 13-01112 (CKK)<br><br>**JOINT STATUS REPORT** |

Plaintiffs Kimberly A. Pisinski ("Pisinski") and Morgan Drexen, Inc. ("Morgan Drexen") (together, "Plaintiffs"), and Defendant Consumer Financial Protection Bureau ("CFPB"), by and through undersigned counsel, hereby jointly report on Plaintiff's motion for temporary restraining order and preliminary injunction (the "Motion") pursuant to the Court's Minute Order today.

Counsel met and conferred again today.  CFPB has requested 7 days to file an opposition (until August 29), citing Local Rule 65.1(c).  Plaintiffs responded they would agree to this briefing (which would treat the Motion as a motion for preliminary injunction only, without the TRO) on the condition that CFPB stay activity in the California case until the Motion is resolved.  CFPB rejected that condition.  Based on this impasse, the Parties propose two options:

1. Plaintiffs' proposal.  Either (a) the Motion should proceed on a TRO schedule, with CFPB filing an opposition on or before noon Monday, August 26, and Plaintiffs replying on or before noon Wednesday, August 28; or (b) the Court should enjoin any activity in the California case (including service of process and motions practice) until the Motion can be decided using CFPB's requested schedule.

2.  CFPB's proposal: CFPB will file an opposition to the Motion on or before August 29, and Plaintiffs may reply on or before September 2.

| VENABLE LLP | CONSUMER FINANCIAL PROTECTION BUREAU |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Randall K. Miller | John R. Coleman |
| D.C. Bar No. 460682 | 1700 G Street, NW |
| Nicholas M. DePalma | Washington, DC 20552 |
| D.C. Bar No. 974664 | (202) 435-7254 |
| 8010 Towers Crescent Drive, Suite 300 | Fax: (202) 435-7080 |
| Tysons Corner, VA 22182 | Email: john.coleman@cfpb.gov |
| Tel: (703) 760-1600 | |
| Fax: (703) 821-8949 | Nandan M. Joshi |
| rkmiller@venable.com | 1700 G Street, NW |
| nmdepalma@venable.com | Washington, DC 20552 |
| | (202) 435-7269 |
| *Randal M. Shaheen | Email: nandan.joshi@cfpb.gov |
| D.C. Bar No. 409292 | |
| 575 7th Street, N.W. | Kristin Lee Bateman |
| Washington, D.C. 20004 | 1700 G Street, NW |
| 202.344.4488 | Washington, DC 20552 |
| 202.344.4323 | (202) 435-7821 |
| rmshaheen@venable.com | Fax: (202) 435-7329 |
| *subject to admission | Email: kristin.bateman@cfpb.gov |
| *Attorneys for Plaintiffs Morgan Drexen, Inc. and Kimberly A. Pisinski* | *Attorneys for Defendant Consumer Financial Protection Bureau* |